UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHEASTERN PIPETRADES HEALTH ) <br> AND WELFARE FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALL ALLOYS FABRICATION, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 3:08-0733 <br><br> *Judge Echols* <br> *Magistrate Judge Griffin* |

## AGREED ORDER

The parties have moved the Court to enter an Agreed Order recognizing that they have settled and compromised all of their differences in this civil action, as a result of which this civil action could be dismissed with prejudice. The parties have also noted that a bench warrant issued for the arrest of Mark Lester pending his satisfaction of a reduced compliance fine in the amount of $750.00. Mr. Lester has paid the civil compliance fine.

Under the circumstances, the Court agrees the civil action may be dismissed with prejudice and the bench warrant previously issued for Mr. Lester be withdrawn.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
United States District Judge

APPROVED FOR ENTRY:

s/R. Jan Jennings
R. Jan Jennings, BPR No. 1536
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Tel.: (615) 254-8801
email: jan@branstetterlaw.com


s/Thomas M. Leveille (w/permission)
Thomas M. Leveille
Hagood, Tarpy & Cox, PLLC
900 South Gay St.
Knoxville, TN 37902
email: tleveille@htandc.com